**Robert E. WRIGHT, Sr., Plaintiff-Appellant,**

v.

**SOUTHWESTERN LIFE INSURANCE COMPANY, Defendant-Appellee.**

No. 73-2073

Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Aug. 28, 1973.

Rehearing and Rehearing En Banc Denied March 12, 1974.

Bobby L. Culpepper, William H. Baker, Jonesboro, La., for plaintiff-appellant.

Solomon S. Goldman, New Orleans, La., James L. Walsh, Dallas, Tex., David I. Garrett, Jr., Monroe, La., for defendant-appellee.

Before WISDOM, AINSWORTH and CLARK, Circuit Judges.

PER CURIAM:

Affirmed. We adopt the opinion of the district court. Wright v. Southwestern Life Insurance Co., W.D.La., 1972, 364 F.Supp. 981.